# Clerk's Office Court Operations-Section [Divisional Offices]

**DIVISIONAL OFFICES**                                                                    **FLINT/BAY CITY**
Bonnie L. White, Divisional Manager............Flint (810) 235-3676/Bay City (989) 894-8856

### Divisional Supervisors

Denise Mauro (Bay City) ........................................................................ (989) 894-8859
Jennifer Clark (Flint) .............................................................................. (810) 235-4865

### Divisional Team Leaders

Nichole Smith (Bay City).................................................................(989) 894-8840 x 234
Diane Cunningham (Flint)...............................................................(810) 235-4126 x 240

### AUTO ATTENDANTS TELEPHONE NUMBERS

(810) 235-4126(F)                                                                                  (989) 894-8840 (B.C.)

### CASE MANAGERS

| Flint, Michigan | Bay City, Michigan |
|---|---|
| Pam Sales .............................Ext. 219 | Jeff Jacobs ................................ Ext. 216 |
| Camelia J. Williamson ......................Ext. 218 | Nita McCabe..............................Ext. 232 |
| Kristie Johnson ...........................Ext. 212 | Janet Jacobs .............................Ext. 218 |
| Michele Scates ..........................Ext. 243 | Patricia Yankee..........................Ext. 221 |
| Christa Langohr .........................Ext. 242 | Toni Clayton .............................Ext. 235 |
| Sonya Konieczka..........................Ext. 241 | Jennifer Kwiatkowski..................... Ext. 236 |
| | Spring Schultz ............................Ext. 237 |

### SYSTEMS DEPARTMENT

Jim Kielian, Automation Specialist (Flint).....................................................(810) 235-4293
Annie Delduca ......................................................................................... (810) 235-4126 x 215
Carrie Diaz, Automation Specialist (Bay City) ............................................(989) 894-8860


Page 5