UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                               Case No.12-62139

KENNETH L. CARTER,                                   Chapter 13

              Debtor.                                Judge Thomas J. Tucker
_____/

## ORDER REQUIRING DEBTOR'S ATTORNEY TO
## SUPPLEMENT FEE APPLICATION

This case is before the Court on the fee application of Debtor's attorney, Kurt A. O'Keefe

(Docket # 87). The applicant has filed a Certification of Non-Response, indicating that no party

timely objected to this fee application.

Upon consideration, the Court concludes that it cannot yet grant the fee application. The

fee application and the proposed order each seek approval of fees of $6,942.00 and expenses of

$162,90, but the fee itemization attached to the fee application shows fees adding up to only

$5,676.00. Debtor's attorney must explain and correct this $1,266.00 discrepancy.

Accordingly,

IT IS ORDERED that no later than **June 27, 2013**, the applicant must file a supplement

to his fee application, explaining and correcting the discrepancy noted above.

.

**Signed on June 20, 2013**

                                    _____/s/ Thomas J. Tucker_____
                                    Thomas J. Tucker
                                    United States Bankruptcy Judge